```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10744
   MARK L SCOTT
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6936


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/15/2007 and was not confirmed.

     The case was dismissed without confirmation 08/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG        .00             .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE    4800.00             .00            .00
CITY OF CHICAGO DEPT OF    SECURED           962.00             .00          30.00
COOK COUNTY TREASURER      SECURED           327.00             .00          15.00
CITY OF CHICAGO PARKING    UNSECURED         550.00             .00            .00
AT&T BROADBAND             UNSECURED        NOT FILED           .00            .00
TCF NATIONAL BANK          UNSECURED        NOT FILED           .00            .00
IQ TELECOM                 UNSECURED        NOT FILED           .00            .00
TCF BANK                   UNSECURED        NOT FILED           .00            .00
TCF BANK                   UNSECURED        NOT FILED           .00            .00
VILLAGE OF SOUTH HOLLAND   UNSECURED         500.00             .00            .00
VILLAGE OF SOUTH HOLLAND   UNSECURED        NOT FILED           .00            .00
JB HUNT                    NOTICE ONLY      NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,334.00                         280.85
TOM VAUGHN                 TRUSTEE                                            24.15
DEBTOR REFUND              REFUND                                               .00


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                350.00

PRIORITY                                            .00
SECURED                                           45.00
UNSECURED                                           .00
ADMINISTRATIVE                                   280.85
TRUSTEE COMPENSATION                              24.15
DEBTOR REFUND                                       .00
                     ---------------      ---------------
TOTALS                 350.00                    350.00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 10744 MARK L SCOTT

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE